# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FRONTIER COOPERATIVE, F/K/A FRONTIER COOPERATIVE HERBS DBA FRONTIER NATURAL PRODUCTS CO-OP, : : : : Plaintiff, : v. : UNITED STATES; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; KATHERINE TAI, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; CHRISTOPHER M U.S. CUSTOMS & BORDER PROTECTION COMMISSIONER, : : : : : : : : : Defendants. : : | Court No. 22-00037 |

## **COMPLAINT**

Plaintiff, by its undersigned attorneys, alleges the following:

1. This action concerns Defendants' unlawful imposition of ad valorem tariffs on goods, imported by plaintiff, from the Peoples Republic of China pursuant to Section 301 of the Trade Act of 1974 (19 U.S.C. § 2411) ("Trade Act"). The United States Trade Representative ("USTR") conducted an investigation into China's unfair intellectual property policies and practices pursuant to Section 301 of the Trade Act. Section 304 of the Trade Act (19 U.S.C. § 2414) requires the USTR to determine what action to take, if any, within 12 months after initiation of the investigation. Within the 12 months following initiation of the investigation, the USTR determined to impose import tariffs on goods from China pursuant to Section 301(b) of the Trade Act on two groupings of tariff codes, commonly referred to as "List 1" and "List 2."

1